UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID M. GOLDEN<br>　　　Plaintiff<br><br>v.<br><br>COUNTY OF SUFFOLK<br>　　　Defendant | CIVIL ACTION NO. 04-10835-MEL<br>(LEAD CASE) |

-----------------------------------------

| | |
|---|---|
| EDWARD ELLIES<br>　　　Plaintiff<br><br>v.<br><br>COUNTY OF SUFFOLK<br>　　　Defendant | CIVIL ACTION NO. 04-10836-MEL |

-----------------------------------------

| | |
|---|---|
| JOHN T. CONNLLY<br>　　　Plaintiff<br><br>v.<br><br>COUNTY OF SUFFOLK<br>　　　Defendant | CIVIL ACTION NO. 04-10837-MEL |

-----------------------------------------

| | |
|---|---|
| MICHAEL J. DWYER<br>　　　Plaintiff<br><br>v.<br><br>COUNTY OF SUFFOLK<br>　　　Defendant | CIVIL ACTION NO. 04-10838-MEL |

-----------------------------------------

| | |
|---|---|
| ROBERT T. WISNIEWSKI, JR.<br>　　　Plaintiff<br><br>v.<br><br>COUNTY OF SUFFOLK<br>　　　Defendant | CIVIL ACTION NO. 04-10839-MEL |

-------------------------------------------

THOMAS P. CROSBY

    Plaintiff

v.   CIVIL ACTION NO. 04-11001-MEL

COUNTY OF SUFFOLK
    Defendant

## ORDER FOR REASSIGNMENT AND CONSOLIDATION

LASKER, S.D.J.

    It is hereby ORDERED that the Joint Motion to Consolidate, filed in C.A. 04-10835-MEL (#06) is hereby Allowed, for the reasons set forth in the motion.

    Accordingly, it is hereby ORDERED that C.A. 04-10836-RGS shall be RE-ASSIGNED from Judge Stearns to Judge Lasker; that C.A. 04-10837-RGS shall be RE-ASSIGNED from Judge Stearns to Judge Lasker; that C.A. 04-10838-GAO shall be RE-ASSIGNED from Judge O'Toole to Judge Lasker; that C.A. 04-10839-PBS shall be RE-ASSIGNED from Judge Saris to Judge Lasker; that C. A. 04-11001-EFH shall be RE-ASSIGNED from Judge Harrington to Judge Lasker.

    It is FURTHER ORDERED, that Civil Action No. 04-10835-MEL and Civil Action Nos. 04-10836;04-10837;04-10838;04-10839 and 04-11001 (now MEL) be, and they hereby are, CONSOLIDATED. Any further filings in these cases shall indicate the lead docket as Civil Action No. 04-10835-MEL, and shall only be filed in Civil Action No. 04-10835-MEL. Civil Action Nos. 04-10836;04-10837;04-10838;04-10839;04-11001 shall be terminated from the docket as a pending case, in view of this Order for Consolidation.

By the Court,

/s/ George H. Howarth
Deputy Clerk

DATED: June 17, 2004